NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas N. McCormick (CA Bar No. 325537)
tnmccormick@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6433
Fax: (614) 719-6350

ATTORNEY(S) FOR: Plaintiffs and Putative Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda on behalf of themselves and all others similarly situated

Plaintiff(s),

v.

Valve Corporation, et al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs and Putative Class_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sean Colvin | Plaintiff / damages and injunctive relief |
| Everett Stephens | Plaintiff / damages and injunctive relief |
| Ryan Lally | Plaintiff / damages and injunctive relief |
| Susann Davis | Plaintiff / damages and injunctive relief |
| Hope Marchionda | Plaintiff / damages and injunctive relief |
| Valve Corporation | Defendant / damages and injunctive relief |
| CD Projekt S.A. | Defendant / damages and injunctive relief |
| CD Projekt, Inc. | Defendant / damages and injunctive relief |
| Ubisoft Entertainment S.A. | Defendant / damages and injunctive relief |
| Ubisoft, Inc. | Defendant / damages and injunctive relief |

(See attachment for additional Defendants)

January 28, 2021
Date

/s/ Thomas N. McCormick
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs and Putative Class

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Sean Colvin, et al. v. Valve Corporation, et al.

ATTACHMENT NOTICE OF INTEREST

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ubisoft L.A., Inc. | Defendant / damages and injunctive relief |
| kChamp Games, Inc. | Defendant / damages and injunctive relief |
| Rust, LLC | Defendant / damages and injunctive relief |
| Devolver Digital, Inc. | Defendant / damages and injunctive relief |