# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN COLVIN , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>VALVE CORPORATION , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−00801−VAP−AS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/28/2021 | 3 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

No "Attachment 2" as referenced on Summons Request

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: February 1, 2021

By: /s/ *Jeannine Tillman*
 *jeannine_tillman@cacd.uscourts.gov*
   Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**