IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Sean Colvin, et al. v. Valve Corporation, et al.

ATTACHMENT # 2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

VALVE CORPORATION
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150 N
Sacramento, CA 95833

CD PROJEKT INC.
c/o Dariusz Sot
9A Wavecrest Avenue, CD Projekt Inc
Venice, CA 90291

UBISOFT Inc.
c/o Stephen Smith
Law Office of Stephen S. Smith, PC
30700 Russellrand Road
Westlake Village, CA 91362

UBISOFT L.A., Inc.
c/o Stephen Smith
Law Office of Stephen S. Smith, PC
30700 Russellrand Road
Westlake Village, CA 91362

KCHAMP GAMES, INC.
c/o Kyle Champ
1611-A.S. Melrose Drive #306
Vista, CA 92081

RUST, LLC
c/o Lucas Miller
101 Verdugo Ave., Unit 9362
Glendale, CA 91226

DEVOLVER DIGITAL, INC.
c/o Eric D. Stults
2513 Niemann Dr.
Austin, TX 78748