TODD W. BONDER, ESQ. (Cal. Bar No. 116482)
*tbonder@rmslaw.com*
JASON M. INGBER, ESQ. (Cal. Bar No. 318323)
*jingber@rmslaw.com*
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

*Attorneys for Defendant* RUST LLC

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>Valve Corporation, CD Projekt S.A., CD Projekt, Inc., Ubisoft Entertainment S.A., Ubisoft, Inc., Ubisoft L.A., Inc., kChamp Games, Inc., Rust, LLC, and Devolver Digital, Inc.,<br><br>Defendants. | Case No. 2:21-cv-00801-VAP-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: February 12, 2021<br>Current response date: March 5, 2021<br>New response date: April 5, 2021 |

IT IS HEREBY STIPULATED by and between Plaintiffs, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis and Hope Marchionda, and defendant Rust LLC, by and through their respective undersigned counsel of record, that defendant Rust LLC shall have an extension of time of thirty (30) days, from March 5, 2021 through and including Monday, April 5, 2021, within which to respond to Plaintiffs' initial Complaint on file herein.

The parties hereto have not previously stipulated to an extension of time for defendant Rust LLC to respond to Plaintiffs' Complaint on file herein.

Dated: March 1, 2021

THOMAS N. MCCORMICK, ESQ.
VORYS, SATER, SEYMOUR AND PEASE LLP

By: _____*/s/ Thomas N. McCormick*_____
Thomas N. McCormick

*Attorneys for Plaintiffs and Putative Class*

Dated: March 1, 2021

TODD W. BONDER, ESQ.
JASON M. INGBER, ESQ.
ROSENFELD, MEYER & SUSMAN LLP

By: _____*/s/ Todd W. Bonder*_____
Todd W. Bonder

*Attorneys for Defendant* RUST LLC