Thomas N. McCormick (CA Bar No. 325537)
tnmccormick@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
4675 MacArthur Court
Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7903
Fax: (949) 383-2384

Kenneth J. Rubin (*admitted pro hac vice*)
kjrubin@vorys.com
Timothy B. McGranor (*admitted pro hac vice*)
tbmcgranor@vorys.com
Kara M. Mundy (*admitted pro hac vice*)
kmmundy@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Fax: (614) 719-6350

*Attorneys for Plaintiffs and Putative Class*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation, CD Projekt S.A., CD Projekt, Inc., Ubisoft Entertainment S.A., Ubisoft, Inc., Ubisoft L.A., Inc., kChamp Games, Inc., Rust, LLC, and Devolver Digital, Inc.<br><br>*Defendants*. | Case No. 2:21-cv-00801-VAP-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KCHAMP GAMES, INC.**<br><br>Judge Virginia A. Phillips<br>Magistrate Judge Alka Sagar |

# NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KCHAMP GAMES, INC.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendant kChamp Games, Inc. ("kChamp") without prejudice. KChamp has not served either an answer or a motion for summary judgment. Thus, dismissal is proper. *See Am. Soccer Co. v. Score First Enters.*, 187 F.3d 1108, 1110-11 (9th Cir. 1999); *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993).

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Thomas N. McCormick*
Thomas N. McCormick (CA: 325537)
4675 MacArthur Court
Suite 700
Newport Beach, CA 92660
(949) 526-7903 / Fax: (949) 383-2384
tnmccormick@vorys.com

Kenneth J. Rubin (*admitted pro hac vice*)
Timothy B. McGranor (*admitted pro hac vice*)
Kara M. Mundy (*admitted pro hac vice*)
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400 / Fax: (614) 719-6350
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

*Attorneys for Plaintiffs and Putative Class*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Voluntary Dismissal of Defendant kChamp Games, Inc.* has been served by email, this 7th day of April, 2021, upon the following:

**Valve Corporation**
c/o Gavin Skok
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
gskok@foxrothschild.com

Mhare Mouradian
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
mmouradian@foxrothschild.com

**CD Projekt S.A.**
c/o Marc Mayer
Mitchell Silberberg & Knupp
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
mem@msk.com

**CD Projekt, Inc.**
c/o Marc Mayer
Mitchell Silberberg & Knupp
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
mem@msk.com

**Ubsioft Entertainment S.A.**
c/o Steven A. Marenberg
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
stevenmarenberg@paulhastings.com

**Ubisoft, Inc.**
c/o Steven A. Marenberg
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
stevenmarenberg@paulhastings.com

**Ubisoft L.A., Inc.**
c/o Steven A. Marenberg
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
stevenmarenberg@paulhastings.com

**kChamp Games, Inc.**
c/o Michael Lee
Lee Law PLLC
579 Fifth Avenue, 14th Floor
New York, New York 10017
michael@leelawservices.com

**Rust, LLC**
c/o Todd W. Bonder
Rosenfeld, Meyer & Susman LLP
232 North Canon Drive
Beverly Hills, California 90210
tbonder@rmslaw.com

**Devolver Digital, Inc.**
c/o Teresa H. Michaud
Baker McKenzie
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Teresa.michaud@bakermckenzie.com

*/s/ Thomas N. McCormick*
Thomas N. McCormick

-4-