Thomas N. McCormick (CA Bar No. 325537)
tnmccormick@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
4675 MacArthur Court
Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7903
Fax: (949) 383-2384

Kenneth J. Rubin (*admitted pro hac vice*)
kjrubin@vorys.com
Timothy B. McGranor (*admitted pro hac vice*)
tbmcgranor@vorys.com
Kara M. Mundy (*admitted pro hac vice*)
kmmundy@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Fax: (614) 719-6350

*Attorneys for Plaintiffs and Putative Class*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation, CD Projekt S.A., CD Projekt, Inc., Ubisoft Entertainment S.A., Ubisoft, Inc., Ubisoft L.A., Inc., kChamp Games, Inc., Rust, LLC, and Devolver Digital, Inc.<br><br>*Defendants*. | Case No. 2:21-cv-00801-VAP-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DEVOLVER DIGITAL, INC.**<br><br>Judge Virginia A. Phillips<br>Magistrate Judge Alka Sagar |

-1-

## **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DEVOLVER DIGITAL, INC.**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendant Devolver Digital, Inc. ("Devolver") without prejudice. Devolver has not served either an answer or a motion for summary judgment. Thus, dismissal is proper. *See Am. Soccer Co. v. Score First Enters.*, 187 F.3d 1108, 1110-11 (9th Cir. 1999); *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993).

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Thomas N. McCormick*
Thomas N. McCormick (CA: 325537)
4675 MacArthur Court
Suite 700
Newport Beach, CA 92660
(949) 526-7903 / Fax: (949) 383-2384
tnmccormick@vorys.com

Kenneth J. Rubin (*admitted pro hac vice*)
Timothy B. McGranor (*admitted pro hac vice*)
Kara M. Mundy (*admitted pro hac vice*)
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400 / Fax: (614) 719-6350
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

*Attorneys for Plaintiffs and Putative Class*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Voluntary Dismissal of Defendant Devolver Digital, Inc.* has been served by email, this 8th day of April, 2021, upon the following:

**Valve Corporation**
c/o Gavin Skok
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
gskok@foxrothschild.com

Mhare Mouradian
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
mmouradian@foxrothschild.com

**CD Projekt S.A.**
c/o Marc Mayer
Mitchell Silberberg & Knupp
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
mem@msk.com

**CD Projekt, Inc.**
c/o Marc Mayer
Mitchell Silberberg & Knupp
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
mem@msk.com

**Ubsioft Entertainment S.A.**
c/o Steven A. Marenberg
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
stevenmarenberg@paulhastings.com

1  **Ubisoft, Inc.**
   c/o Steven A. Marenberg
2  Paul Hastings LLP
3  1999 Avenue of the Stars, 27th Floor
   Los Angeles, California 90067
4  stevenmarenberg@paulhastings.com

5
   **Ubisoft L.A., Inc.**
6  c/o Steven A. Marenberg
7  Paul Hastings LLP
   1999 Avenue of the Stars, 27th Floor
8  Los Angeles, California 90067
9  stevenmarenberg@paulhastings.com

10 **kChamp Games, Inc.**
   c/o Michael Lee
11 Lee Law PLLC
12 579 Fifth Avenue, 14th Floor
   New York, New York 10017
13 michael@leelawservices.com

14
15 **Rust, LLC**
   c/o Todd W. Bonder
16 Rosenfeld, Meyer & Susman LLP
17 232 North Canon Drive
   Beverly Hills, California 90210
18 tbonder@rmslaw.com

19
   **Devolver Digital, Inc.**
20 c/o Teresa H. Michaud
21 Baker McKenzie
   1901 Avenue of the Stars, Suite 950
22 Los Angeles, California 90067
23 Teresa.michaud@bakermckenzie.com

24
                                    */s/ Thomas N. McCormick*
25                                  Thomas N. McCormick
26
27
28
                                    -4-