MHARE O. MOURADIAN (SBN 233813)
MMouradian@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.:  310-598-4150
Fax:  310-556 9828

GAVIN W. SKOK (Admitted Pro Hac Vice)
gskok@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Ave., Suite 4500
Seattle, WA 98154
Tel.:  206-624-3600
Fax.:  206-389-1708

CHARLES B. CASPER (Admitted Pro Hac Vice)
ccasper@mmwr.com
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
1735 Market St., 21st Fl.
Philadelphia, PA 19103

Attorneys for Defendant Valve Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No.: 2:21-cv-00801-VAP-AS<br><br>The Hon. Virginia A. Phillips<br><br>**STIPULATION TO TRANSFER VENUE**<br><br>Complaint Filed: January 28, 2021<br>FAC Filed: April 8, 2021<br>Trial Date: None Set |

WHEREAS, Defendant Valve Corporation is headquartered in King County, Washington, which is within the jurisdiction of the U.S. District Court for the Western District of Washington.

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs San Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs"), through their counsel of record Thomas N. McCormick of Vorys, Sater, Seymour and Pease LLP and Defendant Valve Corporation, by and through its counsel of record, Mhare O. Mouradian of Fox Rothschild, LLP, that the instant action now pending in the above-entitled Court shall be transferred pursuant to 28 U.S.C. § 1404(a) for all purposes to United States District Court for the Western District of Washington. The parties further stipulate and agree that this stipulation shall not constitute a waiver of any party's rights and shall not be construed as an admission regarding any issue in the action.

Dated: May 7, 2021         FOX ROTHSCHILD LLP


By: */s/ Mhare Mouradian*
Mhare Mouradian
Attorneys for Defendant,
VALVE CORPORATION


Dated: May 7, 2021         VORYS, SATER, SEYMOUR AND PEASE LLP


By: */s/Thomas N. McCormick*
Thomas N. McCormick
Attorneys for Plaintiff,
SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, AND HOPE MARCHIONDA

2
**STIPULATION TO TRANSFER VENUE**

122521554.v1

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mhare O. Mouradian, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Mhare O. Mouradian*
Mhare O. Mouradian