JS-6

1  MHARE O. MOURADIAN (SBN 233813)
   MMouradian@foxrothschild.com
2  FOX ROTHSCHILD LLP
   10250 Constellation Blvd., Suite 900
3  Los Angeles, CA 90067
   Tel.: 310-598-4150
4  Fax: 310-556 9828

5  Attorneys for Defendant Valve Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No.: 2:21-cv-00801-VAP-AS<br><br>The Hon. Virginia A. Phillips<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE**<br><br>Complaint Filed: January 28, 2021<br>Trial Date: None Set |

## ORDER

The Court, having reviewed and considered the Stipulation to Transfer Venue, by and between Plaintiffs Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda ("Plaintiffs"), and Defendant Valve Corporation ("Defendant"), the Court finds, adjudges and orders as follows:

For good cause, the Court **APPROVES** the Stipulation.

**THE COURT ORDERS**, pursuant to 28 U.S.C. § 1404(a), that the instant action now pending in the above-entitled Court shall be **transferred** for all purposes to United States District Court for the Western District of Washington.

**IT IS SO ORDERED.**

DATED this 12th day of May, 2021.

_____
Honorable Virginia A. Phillips
U.S. District Judge